# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 70639-0-I |
| Respondent, | ) | |
| | ) | DIVISION ONE |
| v. | ) | |
| | ) | |
| BAHADAR SINGH | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | FILED: ___MAY 1 8 2015___ |

PER CURIAM – Bahadar Singh appeals his convictions for six counts of unlawful issuance of checks or drafts and one count of conspiracy to commit first degree theft. He contends his right to a public trial was violated when the court took peremptory challenges in writing at sidebar and later filed the written challenges in the record. This contention is controlled by our decision in State v. Filitaula, __Wn. App. ___, 339 P.3d 221 (2014) (exercise of challenges for cause in writing did not constitute a courtroom closure and not implicate public trial right where form containing written challenges was filed in court record); see also State v. Dunn, 180 Wn. App. 570, 575, 321 P.3d 1283 (2014), rev. denied, 181 Wn.2d 1030, 340 P.3d 228 (2015); State v. Love, 176 Wn. App. 911, 920, 309 P.3d 1209 (2013), rev. granted in part, 181 Wn.2d 1029, 340 P.3d 228 (2015).

Affirmed.

FOR THE COURT: